# UNITED STATES DISTRICT COURT
## District of Minnesota

Hakan Kilic,

Petitioner,

v.

Kristi Noem, Todd M. Lyons, Samuel J. Olson,
Mellissa Harper, Eleazar Garcia,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 25-cv-4722 JMB/DTS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Respondents are ORDERED to release Petitioner Hakan S. from custody immediately, and in any event no later than 1:00 p.m. CST on December 25, 2025, subject to and in accordance with the conditions in his preexisting Order of Release on Recognizance dated October 7, 2023.

2. Within seven days of the date of this Order, counsel for Respondents is ORDERED to provide a declaration pursuant to 28 U.S.C. § 1746 affirming that Petitioner was released from custody in accordance with this Order.

Date: 12/29/2025

KATE M. FOGARTY, CLERK